IN THE CIRCUIT COURT OF THE 20TH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA

MICHAEL BALLESTEROS,

        CASE NO.:

   Plaintiff,

vs.

WAL-MART STORES EAST, LP,

   Defendant.

_____/

## COMPLAINT FOR DAMAGES AND DEMAND FOR TRIAL BY JURY

COMES NOW, the Plaintiff, MICHAEL BALLESTEROS, by and through counsel, hereby sues the Defendant, WAL-MART STORES EAST, LP (hereinafter "WAL-MART"), and alleges the following:

1. This is an action for damages in excess of $15,000.00, exclusive of attorney's fees and costs.

2. At all times material hereto, the Plaintiff, MICHAEL BALLESTEROS, resided in Lee County, Florida and is otherwise *sui juris*.

3. At all times material hereto, the Defendant, WAL-MART, was/is a foreign corporation with its principle place of business in the State of Florida, authorized to do business and doing business throughout the State of Florida, including Lee County, Florida.

4. On or about May 24, 2018, the Plaintiff, MICHAEL BALLESTEROS, was walking on the Defendant's premises, when Plaintiff slipped and fell on water near the produce section, causing the Plaintiff to sustain severe injuries.

1



5. Defendant's premises is located at 1619 Del Prado Boulevard South, Cape Coral, Lee County Florida.

6. For the above reasons, jurisdiction and venue are proper in Lee County Circuit Court.

**COUNT I. NEGLIGENCE CLAIM AGAINST THE DEFENDANT, WAL-MART**

7. The Plaintiff, MICHAEL BALLESTEROS, hereby adopts and realleges each and every allegation contained in paragraphs one (1) through six (6), and further alleges:

8. On or about May 24, 2018, the Plaintiff MICHAEL BALLESTEROS, was a business guest/invitee of the Defendant, WAL-MART, who is in charge of maintaining the proper care of the produce area located on the Defendant, WAL-MART, premises, located at 1619 Del Prado Boulevard South, Cape Coral Florida.

9. At all times material hereto, the Defendant, WAL-MART, owed a non-delegable duty to all its' business guests/invitees, including, but not limited to, the Plaintiff, MICHAEL BALLESTEROS, to exercise reasonable care to ensure the safety and well-being of business guests/invitees and to warn and/or protect business guests invitees against reasonably foreseeable risks to their safety and well-being.

10. At all times material hereto, the Defendant, WAL-MART, by and through its agents and/or employees, breached the aforementioned duty of care and was otherwise negligent by:

    a. failing to properly maintain and/or repair fixtures on its premises, including, but not limited to, the area near the produce department of which the plaintiff was walking;

    b. failing to follow standard operating procedures related to the identification, reporting, and correction of a potentially hazardous condition to business

2

invitees/guests, including, but not limited to, the Plaintiff, MICHAEL BALLESTEROS;

c. failing to properly train staff and employees with regard to the identification and remediation of a potentially hazardous condition, such as the hazardous condition that caused the ground near the produce department to become wet and injure the Plaintiff, MICHAEL BALLESTEROS, on May 24, 2018;

d. having knowledge of or should have known of such dangerous and defective conditions and failed to place warning signs, barricades or any type of warnings to warn MICHAEL BALLESTEROS of the dangerous condition;

e. failing to implement policies and procedures sufficient to protect its customers, including MICHAEL BALLESTEROS, from the dangerous condition;

f. failing to follow its "One Best Way" policy and other store policies;

g. failing to follow all applicable building codes; and

h. in other ways to be determined by discovery.

11. As a direct and proximate result of the negligence described above, the Defendant, WAL-MART, caused or contributed to cause injuries and damages to the Plaintiff, MICHAEL BALLESTEROS, which include bodily injury and disability, emotional and physical pain and suffering, loss of capacity for the enjoyment of life, loss of wages in the past and future, the loss of the ability to earn wages in the future, and the expense of medical care and treatment in the past and future. The losses aforesaid are either permanent or continuing in nature, and the Plaintiff, MICHAEL BALLESTEROS, will continue to suffer such losses in the future.

3

**WHEREFORE**, the Plaintiff, MICHAEL BALLESTEROS, demands judgment for compensatory damages against the Defendants, WAL-MART, for damages in excess of fifteen thousand dollars ($15,000.00), as well as costs, pre-judgment interest where applicable, compensatory damages, and demands a trial by jury on all issues so triable as a matter of right.

DATED this 7th day of October 2019.

                                      Respectfully Submitted,

                                      **THE INJURY FIRM**
By: /s/ Derek Lewis
DEREK LEWIS, ESQUIRE
Fla. Bar No. 91809
PAUL GALSTERER, ESQUIRE
Fla. Bar No. 65896
2000 NE 45th St.
Fort Lauderdale, Florida 33308
Telephone: 954-951-0000
Fax Number: 954-951-1000
Primary Email: eservice@flinjuryfirm.com

*Attorneys for Plaintiff*

4