UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL BALLESTEROS,

    Plaintiff,

v.                                         CASE NO: 2:19-cv-00881-FtM-38NPM

WAL-MART STORES EAST, LP,

    Defendant.
_____/

## STIPULATION ON CONFIDENTIALITY ORDER

The Plaintiff, MICHAEL BALLESTEROS, and Defendant, WAL-MART STORES EAST, L.P., by and through their undersigned counsel, stipulate and agree to the entry of the Order on Confidentiality Agreement.

| GOLDMAN & DASZKAL. P.A. | HENDERSON, FRANKLIN, STARNES & HOLT, P.A. |
|---|---|
| Attorneys for Plaintiff<br>1630 West Hillsboro Blvd<br>Deerfield Beach, FL  33442<br>Tel:  954.428.9333 | Attorneys for Defendant<br>Post Office Box 280<br>Fort Myers, Florida  33902-0280<br>Tel: 239.344.1249 |
| By:/s/ *Alexander R. Hunt*<br>   Alexander R. Hunt, Esq.<br>   Florida Bar No. 50206<br>   Kaitlin Stapleton, Esq.<br>   Florida Bar No. 125130 | By:/s/ *Amanda J. Ross*<br>   Amanda J. Ross, Esq.<br>   Florida Bar No. 598666 |
| Dated:   July 24, 2020 | Dated:   July 24, 2020 |